# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jajuana Walker

                    Plaintiff,

v.                                                   Case No.: 1:21−cv−06447

                                                            Honorable Lindsay C. Jenkins

Screening Reports, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties having filed a Stipulation of Dismissal [52], this case is hereby dismissed with prejudice and with each party bearing its own costs and attorneys' fees. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.